IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHEEMA INVESTMENTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3029 |
| | ) | |
| v. | ) | |
| | ) | |
| TAMKO BUILDING PRODUCTS, INC., a Missouri Corporation, | ) ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), filed prior to service of an answer or motion for summary judgment by the defendant, this case is dismissed without prejudice.

DATED this 6th day of February, 2014.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge